## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY <br> 910 17th Street, N.W., 7th Floor <br> Washington, DC 20006-2606, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE <br> 2201 C Street, N.W. <br> Washington, DC 20520-0001, <br><br> Defendant. | Civil Action No. |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff, the Center for Public Integrity ("the Center"), brings this action for declaratory and injunctive relief, alleging as follows:

### Nature of Action

1. This is an action for violation of the Center's rights under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, against the U.S. Department of State ("State").

2. State has failed to produce the records the Center has requested under FOIA.

### Jurisdiction and Venue

3. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B), 28 U.S.C. § 1331, and 28 U.S.C. § 2201(a).

4. Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## Parties

5.  Plaintiff, Center for Public Integrity, is a District of Columbia corporation, a tax-exempt public charity and a nonprofit, nonpartisan, non-advocacy, independent journalism organization based in Washington, D.C. "The mission of the Center for Public Integrity is to produce original investigative journalism about significant public issues to make institutional power more transparent and accountable." Mission Statement, http://www.publicintegrity.org/about/about.aspx?act=mission.

6.  Defendant, U.S. Department of State, is an agency of the United States. It has possession and control over the records sought by the Center's FOIA request.

## Plaintiff's Freedom of Information Request

7.  By letter dated March 25, 2010, addressed to Mr. Patrick Scholl, a FOIA Public Liaison at State, Plaintiff requested:

- A database or other similar electronic copy, or a paper copy if an electronic copy is not available, of the master log of incidents and complaints, maintained by the Office of Private Sector Designation, in the State Department's Bureau of Educational and Cultural Affairs (ECA), involving foreign-exchange students that designated student placement sponsors are required to report under 22 CFR Part 62.13 and 62.25(m), including but not limited to those involving sexual assault, from 2005 to the present.
- All data, reports, and memorandums generated by the ECA Office of Private Sector Exchanges and the Office of Citizens Exchanges on the 1-800 tip line (tipline@jvisas.state.gov and 866-283-9090) for reporting incidents and complaints involving foreign-exchange students placed by designated student placement sponsors from August 2009 to the present.
- A database or other similar electronic copy, or a paper copy if an electronic copy is not available, of the placement log for foreign-exchange students that designated student placement sponsors are required to file every August 31 and January 15, from 2005 to the present.
- All records in your custody or under your control reflecting communications between representatives of the Council on Standards for International Educational Travel, the Alliance for International Educational and Cultural Exchange, and the ECA Office of Citizens Exchanges, the Office of Private Sector Exchanges, and other State officials, concerning incidents and complaints involving foreign-exchange students, and federal regulations for student placement sponsors,

       including but not limited to meeting minutes, appointment logs, emails, reports, surveys, and letters, from 2005 to the present.

- All emails and correspondence between the Office of Private Sector Exchanges, the Office of Citizens Exchanges or other State officials, and other government officials and agencies and congressional inquiries, concerning incidents and complaints involving foreign-exchange students, and federal regulations for student placement sponsors, from 2005 to the present.

Plaintiff requested "that these records, or as many as possible, be produced in an electronic data format such as a spreadsheet, delimited data set, database file or similar electronic data format" and also requested "any and all documentation related to such electronic records."

    8.    State assigned case number 201001628 to the Center's FOIA request and acknowledged receipt of the request in a letter dated May 10, 2010, from Wilma M. Manning, Chief, Requester Communications Branch, Office of Information Programs and Services.

    9.    Defendant has not yet issued a determination on Plaintiff's FOIA request.

    10.    More than twenty working days have passed since Defendant received Plaintiff's FOIA request. Plaintiff has therefore exhausted all applicable administrative remedies.

    11.    Plaintiff has a statutory right to these requested records, and there is no legal justification for Defendant's failure to make them available to Plaintiff.

## Demand for Relief

WHEREFORE, Plaintiff requests that this Court:

    1.    Declare that Defendant's failure to produce the requested records is unlawful;

    2.    Order Defendant to make available to Plaintiff the requested records;

    3.    Award Plaintiff its costs and reasonable attorneys' fees in this action; and

    4.    Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____/S/_____
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239

Attorney for Plaintiff

4