IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civ. No. 10-0942 (GK) |
| ) | |
| U.S. DEPARTMENT OF STATE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

STATUS REPORT

The Defendant, with consent of Plaintiff, is filing this Status Report to inform the Court that discussions are still under way but the outstanding issues have not been resolved as yet as a proposed stipulation has just been provided to Plaintiff's counsel that will need to be reviewed. After further discussions, the parties hope to reach a resolution regarding the data requested by Plaintiff. Because of the upcoming holidays, the parties agree that the next status report would be appropriate for September 11, 2013, at which time the parties will inform the Court of a possible resolution of this matter, or in the alternative, a proposed briefing schedule.

Counsel for the Center has consented to the request of this additional time in which for us to continue working on resolution of this matter.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL VAN HORN, D.C. Bar # 924092
Chief, Civil Division


_____/s/_____
LAURIE WEINSTEIN, D.C. Bar # 389511
Assistant United States Attorney
555 4 th Street, NW Room E4820
Washington, D.C.  20530
(202) 514-7133
Laurie.Weinstein2@usdoj.gov